# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of: | ) |
| Four (4) email addresses that are stored at premises controlled by Yahoo!, more fully described in Attachment A | ) ) Case No. 18·M·1236 ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _3/30/18_ *(not to exceed 14 days)*
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Honorable William E. Duffin_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _3/21/18 @ 4:00 p.m._

_William E. Duffin_
*Judge's signature*

City and State: _Milwaukee, Wisconsin_                _Honorable William E. Duffin_ , U.S. Magistrate Judge
*Printed Name and Title*

| Return | | |
|---|---|---|
| Case No: <br> ** I3-15-0050** | Date and time warrant executed: <br> **03-22-18  1:32PM** | Copy of warrant and inventory left with: <br> **YAHOO** |

Inventory made in the presence of:

**TFO SCOTT SIMONS AND SA JANENE SPISTALETTO**

Inventory of the property taken and/or name of any person(s) seized:

EMAIL ACCOUNT RECORDS

- BIFFTANNEN01 @YAHOO. COM. AR
- JORGEP8007@YAHOO. COM. AR
- CARL_CARLSON09 @YAHOO. COM. AR
- RXNEWS@YAHOO. COM. AR

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: **10-26-18**

_Executing officer's signature_

**SCOTT SIMONS, TFO**
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: **10/26/18**

_United States Magistrate Judge_

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following four email addresses that are stored at premises controlled by Yahoo!, a company that accepts service of legal process at 701 First Avenue, Sunnyvale, California.

1. **bifftannen01@yahoo.com.ar** (January 1, 2012 to January 1, 2015 and April 9, 2016 to present)

2. **jorgep2007@yahoo.com.ar** (January 1, 2012 to present)

3. **carl_carlson09@yahoo.com.ar** (January 1, 2012 to present)

4. **rxnews@yahoo.com.ar** (January 1, 2012 to present)

## ATTACHMENT B

### Particular Things to be Seized

### I.    Information to be disclosed by Yahoo! (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A for the time periods listed:

a.    The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

f. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Yahoo; and

g. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within fourteen days of the issuance of this warrant.

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 829(e), 841(a)(1), 841(h), 846, and 843(c)(2)(A), including, for each account or identifier listed on Attachment A and for the time periods listed on Attachment A, information pertaining to the following matters:

a. The importation and distribution of controlled substances and other prescription medications.

b. Information relating to the identity of any and all individuals who operate or maintain online pharmacies that sell controlled substances and other prescription medications.

c. Records of payment made in relation to the operation and maintenance of online pharmacies that sell controlled substances and other prescription medications, including proceeds from such sales.

d. Information relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.